

Appeal Docket# 17-11739-EE
US COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

Randolph H. Guthrie III

v.

US Government,
Apple Inc.,
AT&T Corp.,
Baker, Donelson, Bearman, Caldwell &
    Berkowitz, PC  (DBA Baker Donelson),
City of New York,
Clarence Lee Lott III
Costco Wholesale Corporation,
CVS Caremark Corporation,
eHarmony.com,
Facebook Inc.,
Federal Express Corp.,
Hotwire Communications, Ltd.,
IAC/InteractiveCorp,
Iconbrickell Master Association, Inc.,
Iconbrickell Condominium No. One
    Association, Inc.,
Iconbrickell Condominium No. Three
    Association, Inc.,
J & J Teq III, Corp.,
JFK Medical Center, Inc.
Park One of Florida, LLC
Riverside Park Community, LLC,
Riverside Park Community II, LLC,
Robert E. Hauberg Jr.,
The Related Group
TRG Brickell Point Hotel, LLC
    (DBA Viceroy Miami)
United Parcel Service, Inc.,
University of Miami,
Urban American Management Corp
Walgreens Co.

**Motion for Preliminary Injunction**

Randolph H Guthrie III, Pro. Se.
201 SE 2nd Ave
Boynton Beach, FL  33435
randyguthrie@yahoo.com
305-213-7182

Appeal Docket# 17-11739-EE, Guthrie v. US, et. al.

Certificate of Interested Persons

APPLE INC. (AAPL)

AT&T INC. (ATT)

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC

City of New York

CVS Caremark Corporation (CVS)

EHARMONY.COM

Facebook Inc (FB)

FEDERAL EXPRESS CORPORATION (FDX)

Hauberg Jr., Robert E.

Hotwire Communications, Ltd.

IAC/INTERACTIVECORP (IACI)

Iconbrickell Condominium No. One Association, Inc.

Iconbrickell Condominium No. Three Association, Inc.

Iconbrickell Master Association, Inc

J & J Teq III, Corp.

JFK Medical Center, Inc.

Lott III, Clarence Lee

Park One of Florida

Riverside Park Community, LLC

Riverside Park Community II, LLC

United Parcel Service, Inc. (UPS)

University of Miami

US Government

The Related Group

TRG Brickell Point Hotel, LLC (DBA Viceroy Miami)

Walgreens Co. (WAG)

## Introduction

It has now been four months since I submitted my first motion for preliminary injunction on May 5th, which this court denied without comment on July 11th. FBI Director Comey was fired on May 9th, while the 6th and the 7th fell on a weekend. Obviously then Comey was the one running this criminal conspiracy, but that does not explain why he was fired in such an insulting manner. He must have threatened to use his Russia investigation to get dirt on Trump if he did not get what he wanted, as Robert Mueller is now doing.

The next day Trump told the Russian Foreign Minister that "I just fired the head of the FBI. He was crazy, a real nut job".[1] If Comey really was running this criminal conspiracy then that would certainly fit the "nut job" description. Why tell the Russians? Because back in 2010 when these criminals realized that I was going to get off of supervised release they knew that the first thing I would do is go back to China and that Russia would be a close second if China did not work out. As a result the criminals realized that they had to partner up with the Chinese and the Russians or I would be gone and in fact that is exactly what they did.

What progress has been made in the last four months? Absolutely none, except of course for the criminals deceiving this Court yet again. Meanwhile I continue to be poisoned and tortured every day. The nut job criminals running this conspiracy will say anything in order to stay out of prison for a few more months. The hollowness of the Government's spurious promises reminds me of a quote from the end of the movie Animal House, "This may seem an inopportune moment to ask, Dean Wormer, but do you think you could give us one more chance?"

Why would Trump hire nut job Comey's best friend Robert Mueller as special counsel? That does not seem very smart until you realize that Mueller ran the FBI until September 2013. Thus he is in this criminal conspiracy up to his eyeballs. Trump can not only have Mueller fired for cause at any time, he can also have him indicted. I would imagine that it was Mueller who from 2009 begged the SDFL and SDNY to dismiss my lawsuits. One would think that after almost nine years of lies the begging and excuses would have become lame. Obviously the Attorney General was not involved since Eric Holder resigned very suddenly six days after I filed the brief for my 2014 appeal.

The Government has no place to go with this criminal conspiracy. The President said all there was to say when he fired nut job Comey. Attorney General Sessions is hanging on by his fingernails and will be lucky to last out the year. Maybe this Court ought to side with the President instead of the Attorney General and his gang of nut job criminals, or even better just follow the Law. Have the nut job criminals even given this Court anything in writing? Hitler never put his criminal orders in writing either.

---

[1] https://www.nytimes.com/2017/05/19/us/politics/trump-russia-comey.html?mcubz=1

### Nature of Harm

Since this Court has refused to protect my Constitutional rights by granting any of my prior motions for preliminary injunction maybe it could put an end to the most abusive violations? For instance maybe it could ask the nut job criminals in Washington why they feel it necessary to:

• Poison me with mood altering drugs that cause such severe depression and chronic migraines that I need to drink a liter of vodka every day.

• Give me diarrhea. Last month they poisoned me so bad that first I had a wet fart while I was eating lunch in a restaurant. Then when I reached home, while I was unloading groceries, I thought I could hold the rest of it, but eventually I could not even make it 30 feet to the toilet. There was so much mess I wound up going in the shower.

• Choke me. During the last year I have been poisoned with a new drug. In low doses it makes me cough, but since I drink all day the alcohol suppresses my coughing so of course these nut job criminals upped the dose. The result was that my throat constricted, I could not breathe, and eventually I asphyxiated and lost consciousness. This has happened twice in the last year. I guess once was not good enough. This drug is very dangerous. Had the dose been just a little bit higher I would be dead or brain damaged. Obviously my death would solve a lot of problems for a lot of people. I would actually prefer death to living like this much longer.

• Murder my baby parrot. I hand fed that parrot from the day after his eyes opened. He was a helpless baby animal who could not even eat for himself. What kind of person would do such a thing? How would you like it if they came to your house and murdered your pet?

• Poison me so as to inflame my gall bladder to the extent that it feels like I have a broken rib.

• Keep me awake at night and cause me to sleep during the day. Wake me up after three to five hours of sleep (what should be the middle of the night) and not let me go back to sleep for two to three hours.

• Ruin my health and cause me to weigh 340lbs.

• Tamper with my doctor prescribed prescription drugs.

• Sabotage my car's AC. It is August in Florida. On top of that one of the drugs with which I am poisoned speeds up my metabolism. I break out in a sweat really easily. I have to keep my house's AC at 72° and only wear underwear. I never did this in the past. This is not a case of draining the Freon. They have done that too many times. I have a 18 year old Mercedes. The fix costs over $1000 with no guarantee that it wont happen again. There is so much labor involved I

cannot even take a chance on used parts. I did this same fix for the same reason two and a half years ago and have driven my car less than 5000 miles since then.

Actually I believe I already know the answer to all of these questions. The nut job criminals are trying to drive me to suicide. If I were dead this suit would go away and the nut job criminals would get to stay out of prison and keep their jobs. They are doing stuff to me now that they never would have done even five years ago yet this ordeal was supposed to be over in 2010.

**Desired Remedy**
• I ask the Court to order US Government not to drug me without my explicit consent for any reason and without any exceptions whatsoever.

• I ask that the Court order US Government to file with the Court a list of each time that it has drugged me along with the drug name and dosage so that I can give said list to my doctor so that she may properly treat me for all of the illness that US Government has caused me.

• I ask that the Court order US Government not to tamper with my legally purchased drugs.

• I ask that the Court order US Government not to intentionally interfere with my relationship with medical doctors.

• I ask that the Court order US Government to remove all of its surveillance equipment from my house and not to come within 100 feet of it.

In November 2013 I bought a car to replace the one destroyed by US Government in conspiracy with City of Miami. From the day I bought the car US Government has been tampering with and vandalizing my car. Most serious are the safety issues. For instance, US Government drains the air out of my tires on a nightly basis. I have had to buy my own compressor. Another safety issue is that US Government has sabotaged my car's emergency braking system.

• I ask that the Court order US Government to restore my car to the condition that it was in before they first touched it. In other words to fix all of their vandalism and remove all of their surveillance and other electronics. Once this is done I ask that the Court order US Government not to go within ten feet of my car.

**Threat of Irreparable Harm**

US Government for the last several years has been waging a war of persecution and torment against me. It has forced me to live under conditions which no man could be reasonably expected to tolerate. The most damaging of all of its actions are the several times each day that it poisons me. I believe that US Government's actions are consistent with the standard for irreparable injury established by courts in the following opinions.

In Edelman Bros. v Baikoff, 277 Ill App 432, the court wrote

> By irreparable injury is not meant such injury as is beyond the possibility of repair, or beyond possible compensation in damages, nor necessarily great injury or great damage, but that species of injury, whether great or small, that ought not to be submitted to on the one hand or inflicted on the other, is of such constant and frequent recurrence, that no fair or reasonable redress can be had therefor in a court of law.

> It is said that the term "irreparable injury", as used in the law of injunctions, "does not necessarily mean that the injury is beyond the possibility of compensation in damages, nor that it must be very great. And the fact that no actual damages can be proved, so that in an action at law the jury could award nominal damages only, often furnishes the very best reason why a court of equity should interfere in a case where the nuisance is a continuous one."

In Behl v Duffin, 406 Ill App3d 1084, 952 NE2d 1, the court wrote

> It is well settled "irreparable harm does not mean injury that is beyond repair or beyond compensation in damages but, rather denotes transgressions of a continuing nature."

In Anderson v Souza, 38 Cal.2d 825, the court wrote

> The other plaintiffs could be injured by the [noise and apprehension of low flying] airplanes sufficiently to justify equitable relief, even though their damages could not be measured. By definition, an injunction is properly granted where "it would be extremely difficult to ascertain the amount of compensation which would afford adequate relief." (Civ. Code, § 3422.) The term "irreparable injury" authorizing the interposition of a court of equity by way of injunction means that species of damages, whether great or small, that ought not to be submitted to on the one hand or inflicted on the other.

In Greenfield v Board of City Planning, 6 Cal App2d 515, 45 P2d 219, the court wrote

> "Defendants threatened to so act as aforementioned, to attack right of the plaintiff in respect to the conduct of his business as of general contracting at said premises, in such manner as to

prevent plaintiff from carrying on or continuing his business as aforesaid." This is a sufficient showing. The destruction of one's business is manifestly an irreparable injury.

In Greenfield the Court found that destruction of a man's business was an irreparable injury. US Government has destroyed my life! Must the destruction of a man's life not be considered an irreparable injury? Because of US Government's ongoing actions against me I am unable to work or operate a business. I have no friends and US Government will not allow me to make any.

While under the influence of US Government's drugs it is next to impossible for me to do my legal work. The right of access to the courts is guaranteed by the First Amendment. In Elrod v. Burns - 427 U.S. 347, 373 the Supreme Court wrote

> It is clear therefore that First Amendment interests were either threatened or in fact being impaired at the time relief was sought. The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury.

In a more tangible sense I will certainly suffer irreparable injury if I am not able to keep up with my legal work and the various Court imposed deadlines. Psych drugs are the main reason that my prior complaints were so poorly written. If the Court looks at my original lawsuit filed in 2009 it should notice that it was written to a much higher standard than the later ones. The reason for this is that no one was drugging me during that period and I was able to spend many hours studying in a law library. Later under the influence of psych drugs studying becomes virtually impossible.

In Chambers v. Baltimore & Ohio R. Co., 207 U.S. 142, 148 the Supreme Court wrote

> The right to sue and defend in the courts is the alternative of force. In an organized society, it is the right conservative of all other rights, and lies at the foundation of orderly government. It is one of the highest and most essential privileges of citizenship, and must be allowed by each state to the citizens of all other states to the precise extent that it is allowed to its own citizens. Equality of treatment in this respect is not left to depend upon comity between the states, but is granted and protected by the federal Constitution.

With respect to the vandalism of my car, If I have a high speed car accident I and/or others could be killed which is a rather obvious irreparable injury.

**Balance of Harm Between the Parties**
What possible injury could be caused to US Government were it ordered to stop administering any drugs to me, tampering with my legally purchased drugs or my doctor patient

relationships, or sabotaging my car? I can actually think of a few, but none of them are legally recognizable.

I am simply asking that the status quo between myself and US Government be maintained. In Stemple v Board of Ed. 623 F2d 893, 898 the Court wrote

> under Rule 65, F.R.Civ.P., courts will ordinarily refrain from issuing preliminary injunctions which threaten to disturb the status quo and they will frame any equitable relief to preserve the last uncontested status between the parties which preceded the controversy until the outcome of the final hearing. 11 Wright and Miller, Federal Practice and Procedure § 2948, at 464-66.

### Likelihood of Success on the Merits
It is inconceivable that I will not succeed on the merits of this case. Clearly US Government cannot invade a man's home and commit battery against him without a judicial warrant. It cannot tamper with a man's legally purchased drugs or his doctor patient relationships. US Government also cannot intentionally sabotage a man's car with or without reckless indifference to his safety.

### Public Interest
There is no public interest in allowing a criminal gang of nut job Government employees to commit crimes against an individual, however there is obviously a clear public interest in preventing crimes from occurring. These sorts of crimes are in fact a threat to our whole system of government. The next person targeted might be a Congressman who is holding up some piece of legislation.

### Certificate of Service:
I, Randolph Guthrie, hereby certify that on August 29, 2017, I mailed the foregoing to the Clerk of the Court. I also certify that the foregoing will be served on all counsel of record listed below via transmission of Notices of Electronic filing generated by CM/ECF as per 11th Cir. R. 25-3.

US Government
AUSA Emily Smachetti           AUSA Laura Thomas Rivero
99 NE 4th Street               99 NE 4th Street
Miami, FL 33132                Miami, FL 33132
emily.smachetti@usdoj.gov      laura.rivero@usdoj.gov